*E-FILED: November 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>ZENON HUAMAN, a/k/a ZENON HUAMAN ROBLES, individually and d/b/a JESS PLACE a/k/a JESS'S PLACE,<br><br>      Defendant.<br>_____/ | No. C12-04966 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff having advised that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before December 7, 2012**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **December 18, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than December 11, 2012**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as

1 ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not
2 file a joint statement in response to this Order.
3     SO ORDERED.
4 Dated: November 6, 2012



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04966-HRL Notice has been electronically mailed to:

2  Julie Cohen Lonstein     legal@SignalLaw.com, wayne@signallaw.com

3  Yasha Bronshteyn     yashagbllp@yahoo.com